**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **MARIAN K. HANSSON,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**GALE A. NORTON,** ***Secretary, United States Department of the Interior,***<br><br>**Defendant.** | **Civil Action No. 02-2028 (JDB)** |

**ORDER**

Pursuant to the opinion and judgment of the Court of Appeals for this Circuit, filed on June 10, 2005, and the issuance of the mandate on August 4, 2005, it is hereby

ORDERED that this action is transferred to the United States Court of Federal Claims forthwith.

/s/
JOHN D. BATES
United States District Judge

Date: August 9, 2005

ECF
DOCUMENT

I hereby attest and certify that this is a printed copy of a document which was electronically filed with the United States District Court for the District of Columbia.
Date Filed: 8/9/05

NANCY MAYER-WHITTINGTON, CLERK
By: SC

27

Copies to:

**Charles W. Day, Jr.**
GEBHARDT & ASSOCIATES
1101 17th Street NW
Suite 607 Washington, DC 20036
Email: billday@covad.net

**Lenore Cooper Garon**
2412 Falls Place Court
Falls Church, VA 22043
Email: garonim@juno.com

*Attorneys for Plaintiff*

**Marina Utgoff Braswell**
US ATTORNEY'S OFFICE FOR THE
DISTRICT OF COLUMBIA
555 Fourth Street, NW
Room 10-413
Washington, DC 20530
Email: Marina.Braswell@usdoj.gov

*Attorney for Defendant*