CLOSED, JURY, TYPE-H

# U.S. District Court
# District of Columbia (Washington, DC)
# CIVIL DOCKET FOR CASE #: 1:02-cv-02028-JDB
# Internal Use Only

HANSSON v. NORTON
Assigned to: Judge John D. Bates
Demand: $37000
Cause: 42:2000e Job Discrimination (Employment)

Date Filed: 10/16/2002
Jury Demand: Plaintiff
Nature of Suit: 442 Civil Rights: Jobs
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**MARIAN K. HANSSON** represented by **Charles W. Day, Jr.**
GEBHARDT & ASSOCIATES
1101 17th Street NW
Suite 607
Washington, DC 20036
(202) 496-0400
Fax: (202) 496-0404
Email: billday@covad.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lenore Cooper Garon**
2412 Falls Place Court
Falls Church, VA 22043
(703) 534-6662
Fax: (703) 534-4448
Email: garonim@juno.com
*ATTORNEY TO BE NOTICED*

United States District Court
For the District of Columbia
A TRUE COPY
NANCY MAYER WHITTINGTON, Clerk
By
Deputy Clerk

V.

**Defendant**

**GALE NORTON**
*Secretary, United States Department of Interior* represented by **James S. Carroll, III**
U.S. ATTORNEY'S OFFICE
DISTRICT OF COLUMBIA
555 4th Street NW

Washington, DC 20530
(202) 307-0406
Fax: (202) 514-8780
Email:
james.carroll.iii@usdoj.gov
*TERMINATED: 10/09/2003*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marina Utgoff Braswell**
US ATTORNEYS OFFICE FOR THE
DISTRICT OF COLUMBIA
555 Fourth Street, NW
Room 10-413
Washington, DC 20530
(202) 514-7226
Fax: (202) 514-8780
Email:
Marina.Braswell@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/16/2002 | 1 | COMPLAINT against GALE NORTON ( Filing fee $150 ). Filed by MARIAN K. HANSSON. (Attachments: # 1)(aet, ) (Entered: 10/22/2002) |
| 10/16/2002 | | SUMMONS (3) Issued as to GALE NORTON , U.S. Attorney and U.S. Attorney General (aet, ) (Entered: 10/22/2002) |
| 04/01/2003 | 2 | ORDER directing completion of service of process. Signed by Judge John D. Bates on 04/01/03. (lcjdb2) (Entered: 04/01/2003) |
| 04/02/2003 | 3 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed as to GALE NORTON served on 2/10/2003, answer due 4/11/2003. (mpt, ) (Entered: 04/03/2003) |
| 04/02/2003 | 4 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed as to the US Attorney served on 2/7/2003, answer due 4/8/2003 (mpt, ) (Entered: 04/03/2003) |
| 04/02/2003 | 5 | RETURN OF SERVICE/AFFIDAVIT of Summons and |

| | | |
|---|---|---|
| | | Complaint Executed on Attorney General. (mpt, ) (Entered: 04/03/2003) |
| 04/11/2003 | 6 | MOTION for Extension of Time to File Answer *or otherwise respond to plaintiff's complaint* by GALE NORTON. (Attachments: # 1 Text of Proposed Order enlarging time to answer or otherwise respond to plaintiff's complaint)(Carroll, James) (Entered: 04/11/2003) |
| 04/16/2003 | | MINUTE ENTRY: Upon consideration of defendant's unopposed Motion for Extension of Time to Answer, it is hereby ORDERED that the motion is GRANTED. Defendant's time to respond to the complaint is extended until May 14, 2003. Signed by Judge John D. Bates on 4/16/03. (lcjdb2, ) (Entered: 04/16/2003) |
| 04/16/2003 | | Set/Reset Deadlines: Answer due by 5/14/2003. (tb) (Entered: 04/17/2003) |
| 05/13/2003 | 7 | Second MOTION for Extension of Time to File Answer *or otherwise respond to Plaintiff's complaint* by GALE NORTON. (Attachments: # 1 Text of Proposed Order enlarging time to answer complaint)(Carroll, James) (Entered: 05/13/2003) |
| 05/15/2003 | | MINUTE ENTRY: Upon consideration of 7 Second MOTION for Extension of Time to File Answer or Otherwise Respond to Plaintiff's Complaint, it is hereby ORDERED that the motion is GRANTED. Defendant's time to respond to the complaint is extended until May 30, 2003. Signed by Judge John D. Bates on 5/15/03. (lcjdb2, ) (Entered: 05/15/2003) |
| 05/19/2003 | | Set/Reset Deadlines: Answer due by 5/30/2003. (tb) (Entered: 05/19/2003) |
| 05/29/2003 | 8 | Third MOTION for Extension of Time to File Answer *or otherwise respond to plaintiff's complaint* by GALE NORTON. (Attachments: # 1 Text of Proposed Order enlarging time to answer or otherwise respond to plaintiff's complaint)(Carroll, James) (Entered: 05/29/2003) |
| 05/30/2003 | | MINUTE ENTRY: Upon consideration of the Third Motion for Extension of Time to File Answer or otherwise respond to plaintiff's complaint, it is hereby ORDERED that the motion is GRANTED. Defendant's time to respond to the complaint is extended until June 6, 2003. Signed by Judge John D. Bates on |

| | | |
|---|---|---|
| | | 5/30/03. (lcjdb2, ) (Entered: 05/30/2003) |
| 05/30/2003 | | Set/Reset Deadlines: Answer due by 6/6/2003. (tb) (Entered: 05/30/2003) |
| 06/06/2003 | 9 | ANSWER to Complaint by GALE NORTON.(Carroll, James) (Entered: 06/06/2003) |
| 07/01/2003 | 10 | NOTICE of Appearance by Lenore Cooper Garon on behalf of MARIAN K. HANSSON (Garon, Lenore) (Entered: 07/01/2003) |
| 07/02/2003 | 11 | MEET AND CONFER STATEMENT. (Carroll, James) (Entered: 07/02/2003) |
| 07/03/2003 | | MINUTE ENTRY: Upon consideration of the Local Rule 16.3 Report, and the entire record, it is hereby ORDERED that defendant shall file its dispositive motion by August 11, 2003; plaintiff shall file its opposition and cross-motion by September 10, 2003; defendant shall file its reply and opposition by September 24, 2003; and plaintiff shall file its reply by October 8, 2003. No initial scheduling conference shall be held at the present time. Signed by Judge John D. Bates on 7/3/03. (lcjdb2) (Entered: 07/03/2003) |
| 07/03/2003 | | Set/Reset Deadlines: Dispositive Motions due by 8/11/2003. Response to Dispositive Motions due by 9/10/2003. Reply to Dispositive Motions due by 9/24/2003. Plaintiff's Cross Motions due by 9/10/2003. Response to Cross Motions due by 9/24/2003. Reply to Cross Motions due by 10/8/2003. (tb) (Entered: 07/17/2003) |
| 08/11/2003 | 12 | Consent MOTION for Extension of Time to File *dispositive motion* by GALE NORTON. (Attachments: # 1 Text of Proposed Order enlarging time)(Carroll, James) (Entered: 08/11/2003) |
| 08/18/2003 | 13 | MOTION to Dismiss *Plaintiff's complaint* by GALE NORTON. (Attachments: # 1 Text of Proposed Order Dismissing Plaintiff's complaint)(Carroll, James) (Entered: 08/18/2003) |
| 09/16/2003 | 14 | Consent MOTION for Extension of Time to File Response/Reply as to 13 MOTION to Dismiss *Plaintiff's complaint and Cross-Motion for Summary Judgment* by MARIAN K. HANSSON. (Attachments: # 1 Memorandum of Points and Authorities# 2 Text of Proposed Order)(Day, |

| | | |
|---|---|---|
| | | Charles) (Entered: 09/16/2003) |
| 09/22/2003 | 15 | ORDER. Upon consideration of 14 Plaintiff's consent motion for an enlargement of time within which to file an opposition and cross-motion to Defendant's motion to dismiss, and the entire record, it is hereby ORDERED that Plaintiff's motion is GRANTED. Plaintiff's opposition and cross-motion shall be filed by not later than September 24, 2003; Defendant's reply and opposition shall be filed by not later than October 22, 2003; and Plaintiff's reply shall be filed by not later than November 5, 2003. Signed by Judge John D. Bates on 09/22/03. (lcjdb2) (Entered: 09/22/2003) |
| 09/22/2003 | | Set/Reset Deadlines: Plaintiff's Response and Cross Motions due by 9/24/2003. Defendant's Reply and Response to Cross Motions due by 10/22/2003. Reply to Dispositive Motions due by 10/22/2003. (tb) (Entered: 09/24/2003) |
| 09/24/2003 | 16 | Consent MOTION for Extension of Time to File Response/Reply as to 13 MOTION to Dismiss *Plaintiff's complaint and Cross-Motion for Summary Judgment* by MARIAN K. HANSSON. (Attachments: # 1 Memorandum of Points and Authorities# 2 Text of Proposed Order)(Day, Charles) (Entered: 09/24/2003) |
| 09/26/2003 | 17 | Memorandum in opposition to motion re 13 *Motion to Dismiss and Cross Motion for Summary Judgment* filed by MARIAN K. HANSSON. (Attachments: # 1 Memorandum of Points and Authorities in Opposition to Defendant's Motion to Dismiss and in Support of Plaintiff's Cross-Motion for Summary Judgment# 2 Statement of Material Facts as to Which There Is No Genuine Issue# 3 Declaration of Joseph D. Gebhardt# 4 Exhibit 1# 5 Exhibit 2# 6 Exhibit 3# 7 Exhibit 4# 8 Exhibit 5# 9 Exhibit 6 Part 1# 10 Exhibit 6 Part 2)(Day, Charles) (Entered: 09/26/2003) |
| 10/07/2003 | 18 | ORDER granting 16 plaintiff's consent motion for enlargement of time nunc pro tunc. Signed by Judge John D. Bates on 10/07/03. (lcjdb2) (Entered: 10/07/2003) |
| 10/09/2003 | 19 | ATTORNEY APPEARANCE. (Braswell, Marina) (Entered: 10/09/2003) |
| 10/09/2003 | | *** Attorney James S. Carroll terminated. (mpt, ) (Entered: 10/14/2003) |

| | | |
|---|---|---|
| 10/10/2003 | | ***Motions terminated: 12 Consent MOTION for Extension of Time to File *dispositive motion* filed by GALE NORTON, 14 Consent MOTION for Extension of Time to File Response/Reply as to 13 MOTION to Dismiss *Plaintiff's complaint and Cross-Motion for Summary Judgment* filed by MARIAN K. HANSSON. (tb) (Entered: 10/10/2003) |
| 10/10/2003 | | ***Motion terminated: 16 Consent MOTION for Extension of Time to File Response/Reply as to 13 MOTION to Dismiss *Plaintiff's complaint and Cross-Motion for Summary Judgment* filed by MARIAN K. HANSSON. (lcjdb2) (Entered: 10/10/2003) |
| 10/24/2003 | 20 | MOTION for Extension of Time to File Response/Reply as to 17 Memorandum in Opposition, to Motion for Summary Judgment and Cross Motion for Summary Judgment until 11/4/03 by GALE NORTON. (mpt, ) (Entered: 10/27/2003) |
| 10/29/2003 | | MINUTE ENTRY: Upon consideration of 20 defendant's motion for extension of time to file response/reply to 17 plaintiff's memorandum in opposition, and of the entire record, it is hereby ORDERED that the motion is GRANTED. Defendant's reply shall be filed by not later than November 4, 2003. Signed by Judge John D. Bates on 10/29/03. (lcjdb2) (Entered: 10/29/2003) |
| 11/04/2003 | 21 | Consent MOTION for Extension of Time to File *Defendant's Reply/Opposition Brief* by GALE NORTON. (Braswell, Marina) (Entered: 11/04/2003) |
| 11/07/2003 | | MINUTE ENTRY: Upon consideration of 21 defendant's unopposed motion for a further enlargement of time and the entire record, it is hereby ORDERED that the motion is GRANTED; and it is further ORDERED that defendant shall file its reply by not later than November 14, 2003; and it is further ORDERED that plaintiff shall file her reply by not later than November 28, 2003. Signed by Judge John D. Bates on 11/7/03. (lcjdb2) (Entered: 11/07/2003) |
| 11/07/2003 | | Set/Reset Deadlines: Replies due by 11/14/2003. (tb) (Entered: 11/12/2003) |
| 11/14/2003 | 22 | RESPONSE to *Plaintiff's Opposition to Defendant's Motion to Dismiss and to Plaintiff's Motion for Summary Judgment* filed by GALE NORTON. (Attachments: # 1 Exhibit Defendant's Exhibit 1)(Braswell, Marina) (Entered: 11/14/2003) |

Case 1:05-cv-00908-RHH Document 1-2 Filed 08/19/2005 Page 7 of 7

| | | |
|---|---|---|
| 11/28/2003 | 23 | RESPONSE to *Defendant's Opposition to Plaintiff's Cross-Motion for Summary Judgment* filed by MARIAN K. HANSSON. (Attachments: # 1 Text of Proposed Order) (Garon, Lenore) (Entered: 11/28/2003) |
| 03/30/2004 | 24 | MEMORANDUM OPINION granting defendant's motion to dismiss and denying plaintiff's motion for summary judgment. Signed by Judge John D. Bates on 03/30/04. (lcjdb2) (Entered: 03/30/2004) |
| 03/30/2004 | 25 | ORDER granting 13 defendant's motion to dismiss and denying 17 plaintiff's motion for summary judgment. Signed by Judge John D. Bates on 03/30/04. (lcjdb2) (Entered: 03/30/2004) |
| 03/30/2004 | | ***Civil Case Terminated. (lcjdb2) (Entered: 03/30/2004) |
| 04/22/2004 | 26 | NOTICE OF APPEAL as to 25 Order on Motion to Dismiss dated 03/30/04 by MARIAN K. HANSSON. Filing fee $ 255, receipt number 123381. (jf, ) (Entered: 04/25/2004) |
| 04/25/2004 | | Transmission of Notice of Appeal and Docket Sheet to US Court of Appeals re 26 Notice of Appeal (jf, ) (Entered: 04/25/2004) |
| 04/27/2004 | | USCA Case Number 04-5157 for 26 Notice of Appeal filed by MARIAN K. HANSSON. (jf, ) (Entered: 04/30/2004) |
| 08/05/2005 | 28 | USCA JUDGMENT (certified copy) as to 26 Notice of Appeal filed by MARIAN K. HANSSON;It is hereby ordered and adjudged that the opinion and judgment of the District Court appealed from in this cause is hereby vacated and the case is remanded to the District Court with instructions to transfer the case to the Court of Federal Claims; USCA#04-5157 (jsc) (Entered: 08/10/2005) |
| 08/09/2005 | 27 | ORDER TRANSFERRING CASE. Signed by Judge John D. Bates on 8/9/2005. (CK) (Entered: 08/09/2005) |
| 08/10/2005 | | Case transferred to U.S. Court of Federal Claims. ECF copies of original filings, certified copy of transfer order, and docket sheet sent sent by certified mail. (lc, ) (Entered: 08/10/2005) |