# In the United States Court of Federal Claims

* * * * * * *

MARIAN K. HANSSON, *

Plaintiff, * No. 05-906C

v. * Filed: September 28, 2005

THE UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * *

**ORDER**

A review of plaintiff's Complaint and the materials attached suggests that her proper avenue for appeal is to the Equal Employment Opportunity Commission or to a United States District Court. The Complaint does not invoke this court's Tucker Act jurisdiction or otherwise appear to state a claim for which this court may grant relief. If plaintiff or defendant contends that this court has jurisdiction based in contract, plaintiff should file an Amended Complaint stating the basis for our jurisdiction, removing individual defendants and requests for jury trials, and other pleadings inapplicable to this court. Counsel will confer and advise the court by status report no later than October 14.

s/Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge