**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| MARIAN K. HANSSON, Plaintiff, | ) | |
| v. | ) | Civil Action No. 05-906 C |
| THE UNITED STATES, Defendant. | ) | |

**JOINT STATUS REPORT**

The parties, by and through undersigned counsel, respectfully respond to the Court’s Order dated September 28, 2005, and file the following status report.

This case was transferred to the United States Court of Federal Claims pursuant to the Order of the United States Court of Appeals for the District of Columbia Circuit in Hansson v. Norton, 411 F.3d 231 (D.C. Cir. 2005) (copy attached).

Plaintiff refiled the original Complaint on September 15, 2005, as ordered by this Court.

Pursuant to the Order of this Court, the parties agreed that Plaintiff will file an Amended Complaint with this Court on or before October 14, 2005. Plaintiff contends that this Court possesses jurisdiction based upon contract for the reasons stated by the District of Columbia Circuit. See id.

Respectfully submitted,

____________________________
JOSEPH D. GEBHARDT
CHARLES W. DAY, JR.
GEBHARDT & ASSOCIATES, LLP
1101 17th Street, N.W.
Suite 807
Washington, DC 20036
(202) 496-0400

____________________________
PETER D. KEISLER
Assistant Attorney General

____________________________
DAVID M. COHEN
Director

____________________________
BRIAN M. SIMKIN
Assistant Director

____________________________
DAVID R. FENIGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
(202) 307-3390

Attorneys for Defendant

October 13, 2005