IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MARIAN K. HANSSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05-906C |
| | ) | |
| THE UNITED STATES, | ) | Judge Robert H. Hodges, Jr. |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED
MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of this Court, defendant respectfully requests an 18-day enlargement of time to and including December 2, 2005, within which to respond to plaintiff's first amended Complaint. The Government's response is currently due on October 27, 2005. This is defendant's first request for an enlargement of time for this purpose. Plaintiff's counsel has indicated that he does not oppose this motion.

This enlargement motion is necessary because counsel for the United States has not obtained a litigation report from the agency. See 28 U.S.C. § 520.

This request is also necessary because the plaintiff filed its first amended complaint on October 14, 2005, and counsel for the agency and the undersigned have not had sufficient time to review the new allegations. In addition, Government counsel must file a responsive pleading in Triton Marine v. United States, No. 05-993C (Fed. Cl.) on or before November 14, 2005. The undersigned must also file extensive documentation in CSI Aviation Services v. United States (Dept. Of Transportation, Board of Contract Appeals) no later than October 26, 2005. Accordingly, the additional time is necessary to enable Government counsel to obtain and review

the litigation report, analyze its supporting documentation, evaluate the complaint, confer with agency counsel, draft an appropriate response and obtain supervisory review of the response.

For these reasons, defendant respectfully requests that the Court grant defendant's unopposed motion for an enlargement of time of 18 days, to and including December 2, 2005, within which to respond to plaintiffs' first amended complaint.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Brian M. Simkin
BRIAN M. SIMKIN
Assistant Director

s/ David R. Feniger
DAVID R. FENIGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit,
8th floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 307-3390
Fax: (202) 305-2118

Attorneys for Defendant

October 19, 2005