# In the United States Court of Federal Claims

| | | |
|---|---|---|
| * * * * * * * | | |
| MARIAN K. HANSSON, | * | |
| Plaintiff, | * | No. 05-906C |
| v. | * | Filed: October 24, 2005 |
| THE UNITED STATES OF AMERICA, | * | |
| Defendant. | * | |
| * * * * * * * | | |

**ORDER**

Defendant's unopposed motion for enlargement to December 2 to respond to plaintiff's first amended Complaint is GRANTED.

s/Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge