# In the United States Court of Federal Claims

| | | |
|---|---|---|
| * * * * * * | * | |
| MARIAN K. HANSSON, | * | |
| Plaintiff, | * | No. 05-906C |
| v. | * | Filed: January 27, 2006 |
| THE UNITED STATES OF AMERICA, | * | |
| Defendant. | * | |
| * * * * * * | * | |

**ORDER**

We ask that the parties file a supplemental JPSR to explain the need for the substantial discovery requested. The Agency granted attorneys' fees to plaintiff according to its authority to make a determination of reasonableness. While we cannot comment at this time on the Agency's exercise of judgment, it issued a thorough and detailed explanation of its decisions. This is a contract action that calls for interpretation of EEOC regulations and of the contract itself. If factual issues justifying extensive discovery nevertheless pertain, the parties will outline those factual issues in a supplemental report to be filed no later February 9.

s/Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge