IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| MARIAN K. HANSSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 05-906C |
| | ) |
| THE UNITED STATES, | ) Judge Robert H. Hodges, Jr. |
| | ) |
| Defendant. | ) |

**JOINT MOTION TO STAY PROCEEDINGS**

Pursuant to the Rule 7 of the Rules of the United States Court of Federal Claims ("RCFC"), the parties request that the Court stay the proceedings in this case for 47 days, to and including March 27, 2006. A supplement to the parties joint preliminary status report is currently due on February 9, 2006. If the motion to stay is granted, our report would be due on March 27, 2006. The parties recently commenced settlement negotiations and request this stay for the purpose of completing those negotiations. The parties anticipate that this matter will be resolved.

This Court possesses the inherent power to order the conduct of litigation as necessary to achieve the just, speedy, and inexpensive resolution of every action. Landis v. North Am. Co., 299 U.S. 248, 254 (1936); RCFC 1. Under these circumstances, the benefits of judicial economy and the conservation of resources for the parties and the Court outweigh whatever delay might result from the suspension of proceedings. The interests of efficiency, economy, and justice all militate in favor of staying discovery in this matter.

For the foregoing reasons, we respectfully request that the Court grant this motion for a stay of proceedings.

Respectfully submitted,

s/ Charles W. Day, Jr.
CHARLES W. DAY, JR.
Gebhardt & Associates, LLP
1101 17th Street, N.W., Suite 807
Washington, DC 20036-4716
Tel: (202) 496-0400
Fax: (202) 496-0404

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Brian M. Simkin
BRIAN M. SIMKIN
Assistant Director

s/ David R. Feniger
DAVID R. FENIGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit,
8th floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 307-3390
Fax: (202) 305-2118

Attorneys for Defendant

February 8, 2006