# In the United States Court of Federal Claims

* * * * * * *

MARIAN K. HANSSON, *

Plaintiff, * No. 05-906C

v. * Filed: February 8, 2006

THE UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * *

**ORDER**

The parties joint motion to stay proceedings to March 27 is GRANTED.

s/Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge