# In the United States Court of Federal Claims

* * * * * * *

MARIAN K. HANSSON, *

Plaintiff, * No. 05-906C

v. * Filed: February 27, 2006

THE UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * *

**ORDER**

The United States has consented to entry of judgment for plaintiff in the amount of $21,041. The Clerk of Court will enter judgment for plaintiff in accordance with the joint stipulation filed February 21, 2006. No costs.

s/Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
Judge