# In the United States Court of Federal Claims

**No. 05-906 C**

**MARIAN K. HANSSON,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the stipulation for entry of judgment, filed February 21, 2006, and the court's order of February 27, 2006,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the plaintiff recover of and from the United States the sum of $21,041, inclusive of interest. Each party shall bear its own costs, expenses and attorney fees.

Brian Bishop
Clerk of Court

**February 28, 2006** By: s/Lisa L. DeFade

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $255.00.