United States Court of Federal Claims
717 MADISON PLACE, N.W.
WASHINGTON, DC 20005

March 6, 2006

Charles Williamson Day, Jr., Esq.

Gebhardt & Assoc., LLP

1101 17th Street, NW, Suite 607

Washington, DC 20036

In re: Marian K. Hansson v. United States, No. 05-906 C

Dear Mr. Day:

I am enclosing the 28 U.S.C. §2517 certified transcript of judgment, dated March 1, 2006, in favor of plaintiff, in the case listed above.

As to the procedure for obtaining payment of judgment, see the enclosed Instruction Sheet.

Yours truly,

Lisa L. DeFade

Lisa L. DeFade

Chief Deputy Clerk Operations

Enclosures

cc: David Robert Feniger, Esq.